UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN YEPEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>TASTES ON THE FLY, INC.,<br><br>          Defendant. | Case No. 21-cv-07924-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Sallie Kim for consideration of whether the case is related to *Yepez v. Tastes on the Fly, Inc.*, 21-cv-07923-SK.

**IT IS SO ORDERED.**

Dated: December 8, 2021

*signature*
THOMAS S. HIXSON
United States Magistrate Judge